

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

AQUAVITA INTERNATIONAL S.A.        :

          Plaintiff,        :

- against -        :        07 CV
                            ECF CASE

FRISIAN FORTUNE SHIPPING CO. NV.   :

          Defendant.        :
------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

                        NONE.

Dated: December 14, 2007
       New York, NY

                         The Plaintiff,
                         AQUAVITA INTERNATIONAL S.A.

By: _____
                         Claurisse Campanale-Orozco (CC 3581)
                         Lauren C. Davies (LD 1980)
                         TISDALE LAW OFFICES, LLC
                         11 West 42nd Street, Suite 900
                         New York, NY 10036
                         (212) 354-0025 – phone
                         (212) 869-0067 – fax
                         corozco@tisdale-law.com
                         ttisdale@tisdale-law.com