Sweet, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
AQUAVITA INTERNATIONAL S.A.            :

          Plaintiff,              :

  - against -                          :    07 CV 11261 (RWS)
                                                                     ECF CASE

FRISIAN FORTUNE SHIPPING CO. NV.      :

          Defendant.              :
----------------------------------------X

RECEIVED FEB 29 2008 JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

### ORDER OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from any Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: New York, NY
       February 25, 2008

                                      By: _____
                                            Clarisse Campanale-Orozco (CC5581)
                                            TISDALE LAW OFFICES, LLC
                                            11 West 42nd Street, Suite 900
                                            New York, NY 10036
                                            (212) 354-0025
                                            (212) 869-0067 – fax
                                            corozco@tisdale-law.com

_Miriam Goldman Cederbaum_
U.S.D.J.
Part I  March 3, 2008